UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**LORENZO JOHNSON, JR.,**

    Plaintiff,

v.                                            Civil Action No 2:16cv242

**OLD DOMINION UNIVERSITY,** *et al.,*

    Defendant.

## JUDGMENT IN A CIVIL CASE

    **Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's First Motion to Compel, ECF No. 93, is DENIED; Plaintiff's Second Motion to Compel, ECF No. 94, is DENIED; Defendants' Motion for Summary Judgment, ECF No. 86, is GRANTED; Plaintiff's Motion in Limine, ECF No. 96, is DISMISSED as moot; and Defendants' Motion to Dismiss, ECF No. 99, is DISMISSED as moot.

DATED:   5/21/2018                                      FERNANDO GALINDO, Clerk
                                                                  By: _____/s/_____
                                                                    E. Price, Deputy Clerk